UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DURELLE WILLIAMS, SR.,

    Plaintiff,

v.

DETROIT BOARD OF EDUCATION

    Defendants.
_____/

Case No.  11-15378

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE MONA K. MAJZOUB

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

    Before the Court is Plaintiff's Complaint [1].  Plaintiff's complaint contains no statements of fact indicating what may have occurred in his case.  Plaintiff simply alleges a violation of Title VII of the Civil Rights Act of 1964 and the Michigan Elliot-Larsen Civil Rights Act.  Without facts, Plaintiff fails to state a claim upon which relief can be granted.

    Plaintiff was granted *in forma pauperis* status in this case.  Pursuant to 28 U.S.C. § 1915(e), this Court may dismiss a case at any time that it determines that a plaintiff has failed to state a claim upon which relief can be granted.

    Plaintiff's Complaint [1] was originally filed on December 7, 2011.  This Court has, in Orders [4], [8], issued on December 30, 2011, and February 15, 2012, respectively, twice ordered Plaintiff to amend or supplement his original complaint to include a statement of facts.  Plaintiff has moved for extensions of time and made discovery requests, but has failed to supplement his complaint as ordered by this Court, and has offered no reason for his delay in providing a short statement of the facts of his case.

**ACCORDINGLY, IT IS ORDERED** that this case is **DISMISSED** without prejudice.

Plaintiff's Motions [5], [6], and [9] are **MOOT**.

**SO ORDERED**.

                                                      s/Arthur J. Tarnow
                                                     Arthur J. Tarnow
                                                     Senior United States District Judge

Dated: April 4, 2012

_____

### CERTIFICATE OF SERVICE

     I hereby certify on April 4, 2012 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on April 4, 2012: **Durelle Williams, Sr.; 66 Adelaide, #65; Detroit, MI 48201**

                                                       s/Michael E. Lang
                                                     Deputy Clerk to
                                                     District Judge Arthur J. Tarnow
                                                   (313) 234-5182